

# Fourth Court of Appeals
## San Antonio, Texas

January 4, 2022

No. 04-21-00437-CV

**IN THE INTEREST OF N.L.B.**, a Child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-13937
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Appellant's brief was originally due on December 30, 2021. On the due date, Appellant filed a motion for a sixty-day extension of time to file the brief. *See* TEX. R. APP. P. 38.6(d).

Appellant's motion is GRANTED. The brief is due on February 28, 2022. *See id.* Any further motion for extension of time to file the brief may be disfavored.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of January, 2022.



_____
Michael A. Cruz,
Clerk of Court